# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4892
_____

DANCOR CONSTRUCTION, INC.,

Appellant,

v.

BORMON CONSTRUCTION, INC.,

Appellee.

_____


On appeal from the Circuit Court for Walton County.
David W. Green, Judge.

July 12, 2019


PER CURIAM.

AFFIRMED.

B.L. THOMAS, WETHERELL, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John Laurance Reid, Law Office of John Reid PLLC, Tallahassee, for Appellant.

Bruce D. Partington, Clark Partington, Pensacola, for Appellee.